429 A.2d 744

Commonwealth v. Ferebee, Appellant.
Petition for Allowance of Appeal Denied May 29, 1981.

 Argued March 17, 1980. Eric L. Lilian, for appellant; Nancy Wasser, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Order affirmed.